UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
  BETTY RUTH GENTRY                          CASE NO. 20-10211
  6127 WEANT RD                              JUDGE BENJAMIN A. KAHN
  ARCHDALE, NC  27263

         DEBTOR

  SSN(1) XXX-XX-4899                         DATE:  10/28/2020

---

## REPORT OF FILED CLAIMS

   Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK<br>% ZWICKER & ASSOCIATES OC<br>80 MINUTEMAN RD<br>ANDOVER, MA  01810-0181 | $1,353.43<br>INT: .00%<br>NAME ID: 181788<br>CLAIM #: 0014 | (U) UNSECURED<br><br>ACCT: 1009<br>COMMENT: |
| BANK OF AMERICA NA<br>P O BOX 15102<br>WILMINGTON, DE  19886-5102 | $11,806.93<br>INT: .00%<br>NAME ID: 173370<br>CLAIM #: 0011 | (U) UNSECURED<br><br>ACCT: 0878<br>COMMENT: |
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>P O BOX 3025<br>NEW ALBANY, OH  43054 | $684.30<br>INT: .00%<br>NAME ID: 153461<br>CLAIM #: 0019 | (U) UNSECURED<br><br>ACCT: 6027<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT: 4899<br>COMMENT: |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $3,949.22<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0008 | (U) UNSECURED<br><br>ACCT: 4383<br>COMMENT:  CITIBANK |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $2,744.35<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0009 | (U) UNSECURED<br><br>ACCT: 2772<br>COMMENT:  CITIBANK |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $4,367.06<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0010 | (U) UNSECURED<br><br>ACCT: 1686<br>COMMENT:  CITIBANK |
| MIDFIRST BANK<br>999 NW GRAND BLVD STE 100<br>OKLAHOMA CITY, OK  73118 | MONTHLY PMT  $1,089.01<br>INT: .00%<br>NAME ID: 16063<br>CLAIM #: 0004 | (H) ONGOING-SECURED<br><br>ACCT: 8396<br>COMMENT:  DT RERP,CTD EFF<br>AUG20,720TFCL |

PAGE 2  -  CHAPTER 13 CASE NO. 20-10211

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| MIDFIRST BANK<br>999 NW GRAND BLVD STE 100<br>OKLAHOMA CITY, OK  73118 | $1,444.05<br>INT: .00%<br>NAME ID: 16063<br>CLAIM #: 0005 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 8396<br>COMMENT:  ARR THRU FEB20,720TFCL |
| MIDFIRST BANK<br>999 NW GRAND BLVD STE 100<br>OKLAHOMA CITY, OK  73118 | $5,445.05<br>INT: .00%<br>NAME ID: 16063<br>CLAIM #: 0006 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 8396<br>COMMENT:  ARR MAR THRU<br>JUL20,720TFCL |
| MIDFIRST BANK<br>999 NW GRAND BLVD STE 100<br>OKLAHOMA CITY, OK  73118 | $350.00<br>INT: .00%<br>NAME ID: 16063<br>CLAIM #: 0021 | (H2) POST-PETITION FEES-SECURED<br><br>ACCT: 8396<br>COMMENT:  POST PET FEE |
| MIDLAND FUNDING LLC<br>% MIDLAND CREDIT MGMT INC<br>P O BOX 2011<br>WARREN, MI  48090 | $822.47<br>INT: .00%<br>NAME ID: 154854<br>CLAIM #: 0012 | (U) UNSECURED<br><br>ACCT: 5589<br>COMMENT:  JCP |
| MIDLAND FUNDING LLC<br>% MIDLAND CREDIT MGMT INC<br>P O BOX 2011<br>WARREN, MI  48090 | $2,364.06<br>INT: .00%<br>NAME ID: 154854<br>CLAIM #: 0013 | (U) UNSECURED<br><br>ACCT: 2795<br>COMMENT:  CARE CREDIT |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 4899<br>COMMENT: |
| N C HOUSING FINANCE AGENCY<br>3508 BUSH ST<br>RALEIGH, NC  27609 | $0.00<br>INT: .00%<br>NAME ID: 45097<br>CLAIM #: 0007 | (S) SECURED<br>DIRECT PAY<br>ACCT: 9373<br>COMMENT:  DT,RP,DIR |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $8,402.03<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0016 | (U) UNSECURED<br><br>ACCT: 1267<br>COMMENT:  FIFTH THIRD BANK |
| PROFESSIONAL RECOVERY CONSULTANTS<br>INC<br>2700 MERIDIAN PKWY STE 200<br>DURHAM, NC  27713 | $0.00<br>INT: .00%<br>NAME ID: 113025<br>CLAIM #: 0017 | (U) UNSECURED<br>NOT FILED<br>ACCT: 6295<br>COMMENT:  WAKE FOREST BAPTIST<br>HEALTH |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>CROWN ASSET MANAGEMENT LLC<br>P O BOX 788<br>KIRKLAND, WA  98083 | $602.68<br>INT: .00%<br>NAME ID: 146921<br>CLAIM #: 0015 | (U) UNSECURED<br><br>ACCT: 4150<br>COMMENT:  COMENITY BANK |
| RANDOLPH CO REGISTER OF DEEDS<br>P O BOX 4458<br>ASHEBORO, NC  27204 | $52.00<br>INT: .00%<br>NAME ID: 1541<br>CLAIM #: 0020 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| RANDOLPH COUNTY TAX<br>725 MCDOWELL RD<br>ASHEBORO, NC  27205 | $0.00<br>INT: .00%<br>NAME ID: 9626<br>CLAIM #: 0003 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |

PAGE 3  -  CHAPTER 13 CASE NO. 20-10211

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| WAKE FOREST BAPTIST HEALTH | $0.00 | (U) UNSECURED |
| MEDICAL CENTER BLVD | INT: .00% | NOT FILED |
| WINSTON SALEM, NC  27157 | NAME ID: 152268 | ACCT:  6770 |
|  | CLAIM #:  0018 | COMMENT: |

| **TOTAL:** | **$45,476.64** | |
|---|---|---|
| B PETER JARVIS ESQ | $4,500.00 | ATTORNEY FEE |
| TENNANT LAW OFFICES PC | | |
| 10821 N MAIN ST | | |
| P O BOX 4585 | | |
| ARCHDALE, NC  27263 | | |

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

PAGE 4  -  CHAPTER 13 CASE NO. 20-10211

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  10/28/2020

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc:  Debtor
     Attorney for Debtor - Electronic Notice